**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ERIEN FRAZIER, <br><br>  Plaintiff, <br><br> vs. <br><br> RJM ACQUISITIONS, LLC, <br><br>  Defendant. | CASE NO. 1:14-CV-00047-WDQ |

## MOTION FOR SUMMARY JUDGMENT

Your Defendant, RJM Acquisitions, LLC, by and through counsel, moves for Summary Judgment on Plaintiff's Complaint, and as grounds therefore refers this Court to the accompanying Brief in Support of Defendant's Motion for Summary Judgment.

THE LAW OFFICES OF RONALD S. CANTER, LLC


/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No. 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bstuart@roncanterllc.com
*Attorney for Defendant RJM Acquisitions, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 12th day of August, 2014 to:

>Erien Frazier
>P.O. Box 25
>Hagerstown, MD 21740
>*Pro Se Plaintiff*


>/s/ Birgit Dachtera Stuart
>Birgit Dachtera Stuart, Esquire
>*Attorney for Defendant RJM Acquisitions, LLC*