IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIEN FRAZIER,

    Plaintiff,

vs.

RJM ACQUISITIONS, LLC,

    Defendant.

CASE NO. 1:14-CV-00047-WDQ

### AFFIDAVIT OF BIRGIT DACHTERA STUART IN SUPPORT OF DEFENDANT RJM ACQUISITIONS, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Birgit Dachtera Stuart, declare as follows:

1. I am a member in good standing of the Bars of Maryland, D.C. and California, and am admitted to practice in this Court.

2. I am the attorney of record herein for Defendant RJM Acquisitions, LLC, and I have personal knowledge of the information set forth in this Affidavit, and if called upon to testify thereto, I could and would competently testify to the truth thereof.

3. Attached hereto as Exhibit A is a true and correct copy of a portion of Plaintiff's Answers to Defendant's First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Affidavit was executed on August 12th, 2014, at Saint Michaels, Maryland.

_____
Birgit Dachtera Stuart

1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by first class mail, postage prepaid on this 12th day of August, 2014 to:

        Erien Frazier
        P.O. Box 25
        Hagerstown, MD 21740

        *Pro Se Plaintiff*

        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        *Attorney for Defendant RJM Acquisitions, LLC*