**FINGERHUT ACCOUNT INFORMATION**
**ACCOUNT NUMBER ENDING W/5119**

**PRODUCT DESCRIPTION:  CRDLS S-DRIVER W/43P**
SALE'S DATE:  05/97    SALE'S PRICE:  44.91
ORDER NUMBER: 61018461   SEQ. NUMBER:  63103
BALANCE DUE:       17.05

**PRODUCT DESCRIPTION:  TOOLS MICRO BAGS BRW**
SALE'S DATE:  07/97    SALE'S PRICE:  43.11
ORDER NUMBER: 70256433   SEQ. NUMBER:  63104
BALANCE DUE:       33.53

**PRODUCT DESCRIPTION:  SHOES CLOG FLEX BOTT**
SALE'S DATE:  08/97    SALE'S PRICE:  69.36
ORDER NUMBER: 70256518   SEQ. NUMBER:  63104
BALANCE DUE:       57.80

**PRODUCT DESCRIPTION:  GRILL @CHARCOAL**
SALE'S DATE:  07/97    SALE'S PRICE:  95.88
ORDER NUMBER: 70955864   SEQ. NUMBER:  63105
BALANCE DUE:       79.90


ERIEN FRAZIER
1127 PENNSYLVANIA AVE
HAGERSTOWN      MD     21742

EXHIBIT A