IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

ERIEN FRAZIER,                      *

   Plaintiff,                      *

       v.                            *       CIVIL NO.: WDQ-14-0047

RJM ACQUISITIONS LLC,               *

   Defendant.                      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 24th day of February, 2015, ORDERED that:

1. The Plaintiff's motion for leave to file a surreply (ECF No. 24) BE, and HEREBY IS, DENIED;

2. The Defendant's motion for summary judgment (ECF No. 17) BE, and HEREBY IS, GRANTED;

3. The Plaintiff's motion to file an amended complaint (ECF No. 28) BE, and HEREBY IS, DENIED;

4. The Clerk of the Court shall CLOSE this case; and

5. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the Plaintiff and counsel for the Defendant.

                                           _____
                                           William D. Quarles, Jr.
                                           United States District Judge